# United States District Court

EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

BRIAN COPELAND

    Plaintiff,

         v.          CASE NUMBER:    4:09CV310 CDP

KRAMER & FRANK, P.C.

    Defendant.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Brian Copeland recover from the Defendant Kramer & Frank, P.C. the amount of $1000.00.

                          James G. Woodward
                          CLERK

July 20, 2010
DATE

                By:   /s/ Melanie C. Berg
                         DEPUTY CLERK